IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BOYD,** | CIVIL ACTION NO. 1:06-CV-1646 |
| **Plaintiff** | (Judge Conner) |
| v. | |
| **ELECTRONICS AND UNIT RECORD DATACENTER, INC., et al.,** | |
| **Defendants** | |

### ORDER

AND NOW, this 24th day of August, 2006, upon consideration of the complaint (Doc. 1), and it appearing that plaintiff alleges that this court does *not* have jurisdiction over his claims (see Doc. 1 ¶ 17), that plaintiff raises only state law claims (see Doc. 1 at 18-25),[1] and that plaintiff does not aver diversity jurisdiction, see 28 U.S.C. §§ 1331, 1332 (providing subject matter jurisdiction over actions "arising under the Constitution, laws, or treaties of the United States" and those involving "citizens of different States"), it is hereby ORDERED that the above-captioned case is DISMISSED without prejudice for lack of subject matter jurisdiction. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff's claims include breach of contract, breach of implied covenant of good faith and fair dealing, promissory estoppel, tortious interference with contractual relations, and plaintiff seeks injunctive and declaratory relief and the imposition of a constructive trust. (See Doc. 1 at 18-25.)